# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

―――――――――――――――――――――X

BASF CORPORATION,

                Plaintiff,

      v.

A-1 J.P.S. ENTERPRISES, INC. d/b/a
JIM'S CUSTOM REFINISHING and
JAMES SEHRINGER a/k/a JIM
SEHRINGER,

                Defendants.

Civil Action No. _____

―――――――――――――――――――――X

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff BASF Corporation ("BASF Corp.") makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    BASF Corp. is a wholly-owned subsidiary of BASF Americas Corporation.  BASF Americas Corporation is a wholly-owned subsidiary of BASFIN Corporation.  BASFIN Corporation is a majority-owned subsidiary of BASF USA Holding LLC.  BASF USA Holding LLC is a wholly-owned

subsidiary of BASF Nederland BV.  BASF Nederland BV is a wholly-owned subsidiary of BASF SE (*Societas Europea* – "SE"). No publicly held corporation owns 10% of more of BASF Corp.'s stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   BASF Corp. is a Delaware corporation with its principal place of business in New Jersey.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   (a) Plaintiff BASF Corporation;

   (b) Defendant A-1 J.P.S. Enterprises, Inc. d/b/a Jim's Custom Refinishing;

   (c) Defendant James Sehringer a/k/a Jim Sehringer;

   (c) Plaintiff's counsel Daniel C. Johnson; and

   (d) Plaintiff's counsel's firm Carlton Fields, P.A.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

2

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6. Identify each person arguably eligible for restitution:

Plaintiff BASF Corporation.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: February ___, 2023

                                                  CARLTON FIELDS, P.A.

                                           By: */s/ Daniel C. Johnson*
                                                      Daniel C. Johnson
                                                      djohnson@carltonfields.com
                                                      200 S. Orange Avenue, Suite 1000
                                                      Orlando, FL 32801-3456
                                                      Tel:   (407) 244-8237
                                                      Fax:   (407) 648-9099