## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**BASF CORPORATION,**

    **Plaintiff,**

**v.**                                    **CASE NO. 3:23-cv-206-HES-LLL**

**A-1 J.P.S. ENTERPRISES, INC. d/b/a,**
**JIM'S CUSTOM REFINISHING and**
**JAMES SEHRINGER a/k/a**
**JIM SEHRINGER**

    **Defendants.**

_____/

### O R D E R

**THIS CAUSE** is before the Court on the "Notice of Settlement" (Dkt. 8) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this file.

**DONE AND ENTERED** at Jacksonville, Florida, this __1st__ day of

June 2023.

_____

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Daniel C. Johnson, Esq.